United States Bankruptcy Court
Central District of California

In re:
Steven Allan Cooke
    Debtor

Case No. 19-20461-MH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 1     Date Rcvd: Mar 09, 2020
                            Form ID: 318a     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
```
db              Steven Allan Cooke,    633 S Harbor Street,    Hemet, CA 92543
cr              Daimler Trust,   c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
40015468       +Capital One Retail Services,    P.O. Box 60504,    City of Industry, CA 91716-0504
40015469       +Cba Collection Bureau,    P.O. Box 5013,    Hayward, CA 94540-5013
40015471       +Curacao,   1605 West Olympic Blvd.,,    Ste. 600,    Los Angeles, CA 90015-3860
40015474        Kristin Lapuos,    633 S Harbor Street,    Hemet, CA 92543
40015476       +Macy's,    P.O. Box 78029,    Phoenix, AZ 85062-8029
40015478       +NCB Management Services,    One Allied Drive,    Trevose, PA 19053-6945
40015480       +Rausch Sturm,    3131 Camino Del Rio N., Ste. 350,    San Diego, CA 92108-5715
40015482       +Samuel Lee,    P.O. Box 721026,    Pinon Hills, CA 92372-1026
40015483       +Superior Court of CA, Riverside,    4050 Main Street,    Riverside, CA 92501-3702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: BLSIMONS.COM Mar 10 2020 08:13:00      Larry D Simons (TR),
                 3610 Central Avenue, Suite 400,    Riverside, CA 92506-5907
smg             EDI: EDD.COM Mar 10 2020 08:13:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Mar 10 2020 08:13:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
40015467       +EDI: CAPITALONE.COM Mar 10 2020 08:13:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
40015470       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 10 2020 04:36:46      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
40015472       +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 10 2020 04:46:07      Harley Davidson Financial,
                 P.O. Box 22048,    Carson City, NV 89721-2048
40015473        EDI: JEFFERSONCAP.COM Mar 10 2020 08:13:00      Jefferson Capital Systems, LLC,    Po Box 1999,
                 Saint Cloud, MN 56302
40015475       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2020 04:36:51
                 LVNV Funding/Resurgent Capital,    P.O. Box 10497,    Greenville, SC 29603-0497
40015477       +EDI: DAIMLER.COM Mar 10 2020 08:13:00      Mercedes-Benz Financial Services,    P.O. Box 685,
                 Roanoke, TX 76262-0685
40015479       +EDI: AGFINANCE.COM Mar 10 2020 08:13:00      OneMain Financial,    601 NW 2nd Street., # 300,
                 Evansville, IN 47708-1013
40015481       +EDI: PHINELEVATE Mar 10 2020 08:13:00      Rise,    4150 International Plaza., Ste. 300,
                 Fort Worth, TX 76109-4819
40015484       +EDI: WFFC.COM Mar 10 2020 08:13:00      Wells Fargo Bank NA,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
                                                                                               TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:
```
              Ethan Kiwhan Chin    on behalf of Debtor Steven Allan Cooke ethan@ethanchinlaw.com
              Larry D Simons (TR)    larry@lsimonslaw.com,
               c119@ecfcbis.com;nancy@lsimonslaw.com;cynthia@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Steven Allan Cooke** | Social Security number or ITIN  **xxx–xx–1077** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **6:19–bk–20461–MH**

# Order of Discharge – Chapter 7                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven Allan Cooke

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 3/9/20

**Dated:** 3/9/20                            **By the court:**   Mark D. Houle
                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**10/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc         **Order of Chapter 7 Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**